UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
**OXFAM AMERICA, INC.,**            )
                                   )
        **Plaintiff,**       )
                                   )
    **v.**                          )   Case:  1:12-cv-10878-DJC
                                   )
**UNITED STATES SECURITIES AND**    )
**EXCHANGE COMMISSION,**            )
                                   )
        **Defendant.**       )
_____)

## NOTICE OF PROMULGATION OF FINAL RULE

Pursuant to Paragraph 5 of the parties' Joint Motion for Stipulated Briefing Schedule on Motions for Summary Judgment (filed July 25, 2012), the defendant Securities and Exchange Commission hereby notifies the Court that on August 22, 2012, the SEC promulgated a final rule, entitled "Disclosure of Payments by Resource Extraction Issuers," pursuant to Section 1504 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.  The final rule can be found at http://www.sec.gov/rules/final/2012/34-67717.pdf.

   /s/  Thomas J. Karr
THOMAS J. KARR
Assistant General Counsel
United States Securities and
  Exchange Commission
100 F Street, NE
Washington, DC 20549-9612
Tel:    202-551-5163
Fax:   202-772-9263
karrt@sec.gov

*Counsel for the United States*
  *Securities and Exchange Commission*

August 28, 2012

## **CERTIFICATE OF SERVICE**

On August 28, 2012, I served a true copy of the NOTICE OF PROMULGATION OF FINAL RULE upon the following parties to this action via the Court's CM/ECF system and Regular United States Mail:

Jonathan Kaufman
Richard L. Herz
Marco Simons
EARTHRIGHTS INTERNATIONAL
1623 K Street, NW
Washington, DC 20006

Mark I. Bailen
Mark W. Delaquil
BAKER & HOSTETLER, LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036-2402

Carlos Ramos-Mrosovsky
Lauren J. Resnick
Stephen T. Olson
Serine Consolino
BAKER & HOSTETLER, LLP
45 Rockefeller Plaza
New York, NY 10111

Cynthia W. Lie
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

　　　　　　　　　　　　　　　　　　　　　  /s/ Thomas J. Karr