## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

OXFAM AMERICA, INC.,

              Plaintiff,

    v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

           Defendant.

Civil Action No. 12-cv-10878-DJC

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to the dismissal of the above-captioned action without prejudice, each party responsible for its own costs, and all parties waive all rights of appeal from the above-captioned action.

SECURITIES AND EXCHANGE
COMMISSION

By its attorneys

/s/ Thomas J. Karr

_____
Thomas J. Karr
Assistant General Counsel
100 F Street, NE
Washington, DC 20549-9612
T: (202) 551-5163
F: (202) 772-9263
karrt@sec.gov

OXFAM AMERICA, INC.

By its attorneys,

/s/ Derek B. Domian

_____
Richard J. Rosensweig (BBO #639457)
rrosensweig@goulstonstorrs.com
Derek B. Domian (BBO #660568)
ddomian@goulstonstorrs.com
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
T: (617) 482-1776
F: (617) 574-4112

Jonathan Kaufmann
Richard L. Herz
Marco Simons
EarthRights International
1612 K Street, NW, Suite 401
Washington D.C. 20006

Dated: December 3, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ Derek B. Domian

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

In accordance with Local Rule 7.1(a)(2), counsel for Oxfam conferred with counsel for the SEC and agreed to file the foregoing stipulation of dismissal.

<u>/s/ Derek B. Domian</u>